UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE RICHARDSON,

    Plaintiff,

-vs-                            Case No. 6:09-cv-1036-Orl-28DAB

PELICAN SUNSHINE RESORT, LLC,

    Defendant.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Stipulation for Voluntary Dismissal without Prejudice (Doc. No. 6), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of November, 2009.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party